# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wanda Henry aka Wanda Lewis<br>　　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-18415 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esq.**
　　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　(215) 627-1322