# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-18415-ELF

WANDA HENRY

5959 UPLAND WAY

PHILADELPHIA, PA 19131-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    WANDA HENRY

    5959 UPLAND WAY

    PHILADELPHIA, PA 19131-

**Counsel for debtor(s), by electronic notice only.**
    ASHLEY M. SULLIVAN
    FREEDMAN AND LORRY P.C.
    1601 MARKET ST   STE 1500
    PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 2/27/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee