## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **RICHARDSON BURGESS** | : |
| | : |
| Debtor | : |
| | : |
| | :    BK. NO. 17-12770 |
| | :    CHAPTER 13 |
| | : |
| | :    11 U.S.C. |

## CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 6th day of August, 2019, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay on the following individuals:

William C. Miller, Esquire  
Chapter 13 Standing Trustee  
124 Market Street, Ste. 1813  
Philadelphia, PA 19107  

Kevin G. McDonald, Esquire  
KML Law Group  
Suite 5000-BNY Mellon Independence Center  
701 Market Street  
Philadelphia, PA  19106-1532  

DATE:   August 6, 2018            ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan  
ASHLEY M. SULLIVAN, ESQUIRE  
FREEDMAN AND LORRY, P.C.  
1601 Market Street,  Ste. 1500  
Philadelphia, PA 19103  
(215)925-8400