## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **WANDA HENRY, a/k/a** | : | |
| **WANDA LEWIS** | : | |
| **Debtor** | : | |
| | : | |
| | : | **BK. NO. 18-18415** |
| | : | **CHAPTER 13** |
| | : | |
| | : | **11 U.S.C.** |

### CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the

6th  day of August, 2019, I did serve a copy of the Answer to Motion for Relief from the

Automatic Stay on the following individuals:


William C. Miller, Esquire
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107

Kevin G. McDonald, Esquire
KML Law Group
Suite 5000-BNY Mellon Independence Center
701 Market Street
Philadelphia, PA  19106-1532


DATE:    August 6, 2018

ATTORNEYS FOR DEBTOR


/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street,  Ste. 1500
Philadelphia, PA 19103
(215)925-8400