**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **WANDA HENRY** | : |
| | : |
| **Debtor** | : |
| | : |
| | :   BK. NO. 18-18415 |
| | :   CHAPTER 13 |
| | : |
| | :   11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, VLADISVLA KACHKA, attorney for the Debtor, hereby certify that on or about the 22nd day of October, 2019, I did serve a copy of the Amended Schedule I on the following individuals:

William C. Miller, Esquire          All Creditors
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Bank of Missouri
5109 S. Boraband Lane
Sioux Falls, SD  57109

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste. 400
Valhalla, NY  10595

City of Philadelphia, Law Department
Tax & Revenue Unit
Municipal Services Building
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102

Credence Resource Management
P.O. box 2300
Southgate, MI  48195

eCAST Settlement Corporation
P.O. Box 35480
Newark, NJ  07193

Jefferson Capital System
P.O. Box 7999
Saint Cloud, MN  56302

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Rebecca A. Solarz, Esquire
KML Law Group
701 Market Street, Ste. 5000
Philadelphia, PA  19106

State Farm Federal Credit Union
P.O. Box 8539444
Richardson, TX  75085

The Bank of Missouri
216 W. 2nd Street
Dixon, MO  65459

US Bank, NA, as Trustee of PHFA
211 North Front Street
P.O. box 15057
Harrisburg, PA  17101

US Department of Education
National Payment Center
P.O. Box 790336
Saint Louis, MO  63179-0336

DATE:   October 22, 2019             ATTORNEYS FOR DEBTOR

/s/ Vladislav Kachka
VLADISLAV KACHKA, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400