```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania

In re:                                                        Case No. 18-18415-elf
Wanda Henry                                                   Chapter 13
       Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2              Date Rcvd: Jan 15, 2020
                             Form ID: pdf900          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Wanda Henry,    5959 Upland Way,    Philadelphia, PA 19131-2233
14277453       +Bank of Missouri,    5109 S. Boradband Lane,    Sioux Falls, SD 57108-2208
14250727       +City of Philadelphia, Law Department,    Municipal Services Building,
                 1404 JFK Boulevard, 5th Floor,    Philadelphia, PA 19107-3212
14277456       +Credence Resource Managment,    P.O. Box 2300,    Southgate, MI 48195-4300
14277458       +Federal Loan Servicing,    P.O. Box 60610,   Harrisburg, PA 17106-0610
14278069       +PHFA,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14255669       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14250732       +Rebecca A. Solarz, Esquire,    KML Law Group,   701 Market Streeet, Suite 50000,
                 Philadelphia, PA 19106-1538
14277463        State Farm Federeal Credit Union,    P.O. Box 8539444,    Richardson, TX 75085
14277464       +The Bank of Missouri,    216 W. 2nd Street,   Dixon, MO 65459-8048
14284118       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14339540        U.S. Department of Education,    PO Box 16448,   St. Paul, MN 55116-0448
14250728       +eCAST Settlement Corporation,    P.O. Box 35480,   Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:14      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:09      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14250726       +E-mail/Text: bankruptcy@cavps.com Jan 16 2020 03:14:06      Cavalry SPV I, LLC,
                 500 summit Lake Drive, Ste. 400,    Valhalla, NY 10595-2321
14347088       +E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:14
                 City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14250730        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2020 03:14:03      Jefferson Capital System,
                 P.O. Box 7999,    Saint Cloud, MN 56302
14250729       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2020 03:14:03      Jefferson Capaital System,
                 P.O. Box 7999,    Saint Cloud, MN 56302-7999
14250731        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 03:21:16
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
14262375        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14251503       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 03:20:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14250733       +E-mail/Text: blegal@phfa.org Jan 16 2020 03:13:58      US Bank NA, as Trustee for PHFA,
                 211 North Front Street,    P.O. Box 15057,    Harrisburg, PA 17105-5057
14335016       +E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:14      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14252297*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14277454*      +Cavalry SPV I, LLC,    500 summit Lake Drive, Ste. 400,    Valhalla, NY 10595-2321
14277455*      +City of Philadelphia, Law Department,    Municipal Services Building,
                 1404 JFK Boulevard, 5th Floor,    Philadelphia, PA 19107-3212
14277460*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital System,      P.O. Box 7999,    Saint Cloud, MN 56302)
14277459*      +Jefferson Capaital System,    P.O. Box 7999,    Saint Cloud, MN 56302-7999
14277461*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,      P.O. Box 41067,
                 Norfolk, VA 23541)
14283184*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,      POB 41067,    Norfolk VA 23541)
14277462*      +Rebecca A. Solarz, Esquire,    KML Law Group,   701 Market Streeet, Suite 50000,
                 Philadelphia, PA 19106-1538
14277465*      +US Bank NA, as Trustee for PHFA,    211 North Front Street,    P.O. Box 15057,
                 Harrisburg, PA 17105-5057
14277457*      +eCAST Settlement Corporation,    P.O. Box 35480,   Newark, NJ 07193-5480
                                                                                      TOTALS: 0, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0313-2          User: Randi              Page 2 of 2                Date Rcvd: Jan 15, 2020
                              Form ID: pdf900          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VLADISLAV   KACHKA    on behalf of Debtor Wanda   Henry vkachka@freedmanlorry.com,
               hbanks@freedmanlorry.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WANDA HENRY | Chapter 13 |
| Debtor | Bankruptcy No. 18-18415-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: January 15, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY P.C.
1601 MARKET ST   STE 1500
PHILADELPHIA, PA 19103-

Debtor:
WANDA HENRY

5959 UPLAND WAY

PHILADELPHIA, PA 19131-